# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN D. REINKE,
    Plaintiff(s),                 **SUMMONS IN A CIVIL CASE**

    v.                                  Case No.

STERLING INFOSYSTEMS, INC., f/k/a
STERLING TESTING SYSTEMS, INC.,
a/k/a STERLING TESTING AGENCY,
    Defendant(s).
_____/

*To the following Defendant*: Sterling Infosystems, Inc.,

        Officer, Sterling Infosystems, Inc., 249 West 17th St., Floor 6,
        New York, NY 10011

**You are hereby summoned** and required to serve upon PLAINTIFF'S ATTORNEY

        Gordon R. Leech
        Consumer & Employment Law Center of Wisconsin, S.C.
        P.O. Box 309
        Cedarburg, WI 53012-0309

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____        _____
Clerk                                           Date

_____
(By) Deputy Clerk

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* ||

  ☐ Served personally upon the defendant. Place where served:

  ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

  ☐ Returned unexecuted:

  ☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

  Executed on

       *Date*        *Signature of Server*

                *Address of Server*